UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cr-20379-PCH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JEAN PIERRE LOUIS,

     Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** is before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("R&R") on Change of Plea [ECF No. 25], which was entered on February 20, 2024.  In the R&R, Chief Magistrate Judge Torres found that the Defendant freely and voluntarily entered a plea of guilty as to Count 1 of the Indictment, charging him with aiding and assisting in the preparation of false tax returns, in violation of Title 26, United States Code, Section 7206.

Chief Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Indictment, and that a sentencing hearing be conducted for final disposition of this matter.  The Court has reviewed Chief Magistrate Judge Torres' R&R, no objections have been filed, and the time to file objections has expired.  Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Chief Magistrate Judge Torres' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment; and (3) a sentencing hearing for Defendant before the Honorable Paul C. Huck is set for **Monday, May 6, 2024, at 9:00 A.M.**

      **DONE AND ORDERED** in Miami, Florida, on February 26, 2024.

_____

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Edwin G. Torres
Counsel of record